UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00009 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BRYAN C. MASSEY | MAGISTRATE JUDGE HAYES |

**ORDER**

The Report and Recommendation (Record Document 11) of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant Bryan C. Massey and adjudges him guilty of the offense charged in Count One of the Bill of Information.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of February, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT